UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CV-24626-MOORE/MCALILEY

TALITHA MANNING, MICHAEL
PINCKNEY, and IGOR BEGHETTO,
individuals,

    Plaintiff(s),
vs.

MC KITCHEN, LLC. d/b/a MC Kitchen, a Florida
Corporation, DENA MARINO, an individual,
and BRANDY COLETTA, an individual,

    Defendant(s)
_____/

## JOINT NOTICE OF SETTLEMENT AND CONSENT TO MAGISTRATE

COME NOW Plaintiffs TALITHA MANNING, MICHAEL PINCKNEY and IGOR BEGHETTO and Defendants MC KITCHEN, LLC. d/b/a MC Kitchen, DENA MARINO and BRANDY COLETTA (together, "Parties") and hereby jointly notify the Court that a settlement has been reached in the instant matter and, in addition, the Parties consent to the jurisdiction of the Magistrate Judge Chris McAliley for all remaining proceedings pursuant to settlement review and enforcement.

Respectfully submitted on this 24 day of March, 2016.

| By:/s/ Brian Yosef_____ | By:/s/ Robert W. Brock |
|---|---|
| Brian Yosef, Esq. | Robert W. Brock II, Esq. |
| Florida Bar No. 31179 | Florida Bar No. 75320 |
| ISRIEL PONZOLI & SIMPSON, P.A. | LAW OFFICE OF LOWELL J. KUVIN |
| 2121 SW 3rd Avenue, 7th Floor | 17 East Flagler Street, Suite 223 |
| Miami, Florida 33129 | Miami, FL 33131 |
| Telephone: (305) 577-4800 | Telephone: (305) 358-6800 |
| *Attorney for the Defendants* | *Attorney for the Plaintiffs* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 24, 2016**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:   s/Robert W. Brock II

*Attorney for Plaintiffs*

**MANNING, PINCKNEY & BEGHETTO v. MC KITCHEN, LLC, MARINO and COLETTA**
**CASE NO.: 1:15-cv-24626-KMM**

### Service List

| | |
|---|---|
| **Brian Yosef, Esq**. | **Robert W. Brock II, Esq.** |
| Florida Bar No. 31179 | Florida Bar No. 75320 |
| ISRIEL PONZOLI & SIMPSON, P.A. | LAW OFFICE OF LOWELL J. KUVIN |
| 2121 SW 3rd Avenue, 7th Floor | 17 East Flagler Street, Suite 223 |
| Miami, Florida 33129 | Miami, FL 33131 |
| Telephone: (305) 577-4800 | Telephone: (305) 358-6800 |
| Facsimile: (305) 577-4808 | Facsimile: (305) 358-6808 |
| Email: byosef@ips-law.com | Email: Robert@kuvinlaw.com |
| *Attorney for the Defendants* | *Attorney for the Plaintiffs* |