UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CV-24626- MCALILEY

TALITHA MANNING, MICHAEL
PINCKNEY, and IGOR BEGHETTO,
individuals,

    Plaintiff(s),
vs.

MC KITCHEN, LLC. d/b/a MC Kitchen, a Florida
Corporation, DENA MARINO, an individual,
and BRANDY COLETTA, an individual,

    Defendant(s)
_____/

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

This matter comes before the Court on the Joint Motion For Settlement Approval [DE 22] filed by Plaintiffs TALITHA MANNING, MICHAEL PINCKNEY and IGOR BEGHETTO ("Plaintiffs"), along with Defendants MC KITCHEN, LLC. d/b/a MC Kitchen, DENA MARINO and BRANDY COLETTA ("Defendants") (collectively, "the Parties") in the above-captioned action. Having reviewed the Joint Motion, and having otherwise reviewed the record and pleadings in this action, the Court makes the following observations and conclusions and renders the following Order.

    1.    Pursuant to *Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982), the Court finds that the settlement terms, including the amounts to be paid to Plaintiffs and the amount to be paid to Law Office of Lowell J. Kuvin, represent a

fair, reasonable, and just compromise of disputed issues, and that the settlement proposed by the parties is hereby approved.

2. The Parties have been represented by counsel throughout the litigation. There is no evidence of fraud or collusion with respect to the settlement; rather, the Parties desire to fully and finally resolve this action efficiently, without resort to costly or lengthy litigation, particularly with the inherent risk associated with continued litigation for both Plaintiff and Defendants.

Based on the foregoing, the Court orders that:

1. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 22], is **GRANTED**.

2. The claims of the Plaintiffs are **RELEASED** pursuant to the terms of the Settlement Agreement, and this action is **DISMISSED WITH PREJUDICE**.

4. This Court retains jurisdiction to enforce the terms of the Parties' settlement agreement for a period of 60 days from the date of this Order.

DONE AND ORDERED in chambers at, Miami, Florida this 7th day of April, 2016.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record